## UNITED STATES of America

### v.

### Roiann JOHNSON a/k/a Missy Hicks, Appellant.

No. 15–3634.

United States Court of Appeals, Third Circuit.

May 23, 2016.

Rebecca R. Haywood, Esq., Office of United States Attorney, Pittsburgh, PA, for Plaintiff–Appellee.

Candace Cain, Esq., Office of Federal Public Defender, Pittsburgh, PA, for Defendant–Appellant.

Present: FUENTES, KRAUSE, and SCIRICA, Circuit Judges.

## SUR PETITION FOR PANEL REHEARING

CHERYL ANN KRAUSE, Circuit Judge.

Upon consideration of Appellant's Petition for Panel Rehearing and the Government's response to the Court's Order of May 11, 2016 regarding Appellant's Petition for Rehearing, petitioner's motion for panel rehearing is granted on consent of the Government. The court order of April 21, 2016 is hereby vacated. In light of the action taken by the original panel, further action is not required by the En Banc Court.